

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00207-CR

Jessica G. **CASTILLO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 458109
Honorable Jason Garrahan, Judge Presiding

# O R D E R

In these companion cases, Appellant's briefs were due on June 17, 2015. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motions for extensions of time to file the briefs until July 17, 2015. On July 20, 2015, Appellant filed second motions for extension of time to file the briefs until August 17, 2015, for a total extension of sixty days.

Appellant's motions are GRANTED. Appellant must file the briefs not later than August 17, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEFS WILL BE GRANTED**.

If Appellant fails to file the briefs as ordered, we may abate these appeals and remand them to the trial court for abandonment hearings. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.



Keith E. Hottle
Clerk of Court